UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

    v.

Kedar Salter,

        Defendant.

Case No. 19-cr-20307

Hon. Nancy G. Edmunds

## STIPULATION FOR EXTENSION OF MOTION FILING DEADLINE

The United States and defendant Kedar Salter stipulate to an extension of the deadline to file pretrial motions to December 1, 2020. The defendant is currently detained pending trial and restrictions imposed by the pandemic have inhibited the ability of the defendant to consult with his attorney regarding any potential motions. Furthermore, jury trials in the district have yet to resume, making uncertain the current trial date of January 5, 2021, so the extension will not result in any unnecessary delay. Therefore, the parties agree that an extension of the motion deadline is in the interests of justice.

MATTHEW J. SCHNEIDER
United States Attorney

| | |
|---|---|
| *s/Thomas Franzinger* | *s/Ronald Weitzman* (w/consent) |
| Thomas Franzinger | Ronald Weitzman |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 564 West Drayton #100 |
| Detroit, MI   48226 | Ferndale, MI 48220 |
| Thomas.franzinger2@usdoj.gov | weitzman3648@yahoo.com |
| (313) 226-9774 | (313) 400-0382 |

Dated:   October 19, 2020

**IT IS SO ORDERED.**

s/ Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Judge

Dated:   October 19, 2020